UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | 1:12-cr-00058-JMS-MJD-1 |
| | ) | |
| STEVE W. BORSKI, JR., | ) | |
| *Defendant.* | ) | |
| | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation, and notes the parties agreement as to the proposed disposition. The Magistrate Judge recommends that Steve W. Borski, Jr's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583(e), and the Court now approves and adopts the Report and Recommendation as follows:

    a. Defendant will be placed in a Residential Reentry Center, namely, Volunteers of America or other community corrections facility for a period of nine months, at the discretion of the U. S. Parole and Probation Office. The service of the sentence shall begin immediately.

    b. Upon completion of his residence at the Volunteers of America, he will return to supervised release with a five year period, without credit for the period served previously, under the previously-imposed conditions.

SO ORDERED.

09/10/2013

                                                                     Hon. Jane Magnus-Stinson, Judge
                                                                      United States District Court
                                                                       Southern District of Indiana

Copies via ECF only.